ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet 05-781C

Plaintiff(s) or Petitioner(s)
Hubert Basford, Roxanne Basford, and Bear Mountain Contracting

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Quentin M. Rhoades/Andrew W. Pierce

Firm Name: Sullivan, Tabaracci & Rhoades, P.C.

Post Office Box:

Street Address: 1821 South Avenue West, 3rd Floor

City-State-Zip: Missoula, Montana 59801

Telephone & Facsimile Numbers: 406-721-9700 406-721-5838

E-mail address: qmr@montanalawyer.com; drew@montanalawyer.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ________
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005

250 ✓