IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUBERT BASFORD, ROXANNE BASFORD and BEAR MOUNTAIN CONTRACTING, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-781C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of BRYANT G. SNEE, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

BRYANT G. SNEE
ASSISTANT DIRECTOR
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-0315
Facsimile: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: August 11, 2005

s/BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2005, a copy of the foregoing “Notice of Appearance” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system.

Additionally, I hereby further certify that I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

ANDREW W. PIERCE
Sullivan, Tabaracci & Rhoades, P.C.
1821 South Ave., W. 3rd Floor
Missoula, Montana 59801

Phone: (406) 721-6299
Fax: (406) 721-5838

s/BRYANT G. SNEE