IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUBERT BASFORD, | ) | |
| ROXANNE BASFORD, and | ) | |
| BEAR MOUNTAIN | ) | |
| CONTRACTING | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05-781C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 30 days to file our response to the complaint filed in this matter. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiffs do not oppose our request for a 30 day enlargement of time.

Plaintiffs filed their complaint on July 25, 2005 and, thus, the defendant's response or answer would be due on September 23, 2005. On September 14, 2004, (after plaintiff's and defendant's counsel spoke concerning the defendant's intention to seek an enlargement), plaintiffs filed an amended complaint. Defendant has no objection to the filing of the amended complaint, see RCFC 15(a). Assuming that the Court accepts

the amended complaint for filing as of today, September 20, 2005, defendant believes that its response or answer, without enlargement, would be due October 7, 2005. Id. Thus, the requested 30-day enlargement would extend the defendant's filing date to November 7, 2005.

The requested enlargement is necessary to provide additional time for the agency to complete and forward to defendant's counsel a litigation report addressing the substance of plaintiffs' complaint. Upon receipt of the complaint, defendant sent a copy to the United States Forest Service with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Defendant's counsel has been in communication with both the assigned agency counsel and the cognizant contracting officer. They have indicated that they have been preparing the required litigation report and draft response, but additional time is needed to complete that effort and forward the documents through agency supervisors to defendant's counsel. Moreover, assuming that the Court accepts the amended complaint for filing, agency personnel will need additional time to make changes or additions to their litigation report and draft response to address any new assertions contained in the amended complaint.

Consequently, defendant's counsel is currently unable to fully familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time should provide sufficient time for: (1) agency personnel to complete and forward the litigation report and draft response; (2) defendant’s counsel to familiarize himself with the merits of the case; and (3) defendant to file an appropriate response or answer.

Additionally, defendant’s counsel apologizes to the Court for any inconvenience that might be caused by the arguably belated filing of this motion. See Special Procedures Order, para. 7., filed August 15, 2005. Defendant’s counsel is mindful of the Court’s admonition against untimely motions to enlarge. Defendant’s counsel has been unable to file this motion earlier principally due to his responsibilities as lead counsel in the so-called “A-12" litigation, McDonnell-Douglas Corp. and General Dynamics Corp. V. United States, Fed. Cl. No. 91-1204C. In that case, the trial court ordered supplemental briefing in that case, to be filed on September 21, 2005. The significance of that case (both the issues involved and amount of money at stake), the fact that the case has been in litigation for fourteen years, and the requirement of fully coordinating the

Government's position with interested officials in the Departments of Justice, Defense, and Navy, has required a considerable commitment of counsel's time.

In addition to defendant's counsel's normal supervisory duties, counsel temporarily has assumed responsibility for assigning all cases in the National Courts Section, including bid protest actions. Given that we have more than 100 attorneys and over 3000 open cases in this Court and the United States Court of Appeals for the Federal Circuit, this additional duty has consumed considerable time.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time and extend the filing date for Defendant's response or answer until November 7, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Jennifer Newbold
Office of Counsel
Department of Agriculture

September 20, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 20, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE