# In the United States Court of Federal Claims

Case No. 05-781C
(Filed: September 23, 2005)

****************************************************
HUBERT BASFORD, *
ROXANNE BASFORD, AND *
BEAR MOUNTAIN CONTRACTING, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

On July 25, 2005, this case was designated as an electronic case in the Court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order 42, the attorney of record must have a CM/ECF account. The court issues an account login and password only to members of the Court's bar who have passed a certification test.

Records before the Court indicate that the Plaintiff's Counsel has not complied with this requirement. **Plaintiffs' Counsel shall comply by October 24, 2005.** If Plaintiffs' Counsel has questions on what is required, please contact the CM/ECF User Assistance line at (866) 784-6273 (toll free), Monday to Friday, 9 a.m. to 5 p.m., EDT.

**Plaintiffs' first Amended Complaint is being stricken from the record because it is not signed by the Plaintiffs' correct attorney of record** (see U.S. Court of Federal Claims Rules 11 and 83.1(c)(2)). **Plaintiff shall electronically file the Amended Complaint, signed by the correct attorney of record, once Plaintiffs' Attorney of Record has complied with the CM/ECF requirement.**

**Clerk of the Court is instructed to strike the incorrect Amended Complaint from the record and send a hard copy of this Order to the Plaintiff's Counsel.**

**Plaintiffs' Counsel should be aware that there have already been a number of electronic documents filed by the Defendant and the Court in this matter. In accord with this Court's policy, 30 days after the Complaint is filed, hard copies of these electronic filings are not sent to the Plaintiff's Counsel.**

**Defendant's unopposed Motion for an Enlargement of Time filed September 20, 2005, is hereby denied as moot.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge