# REQUEST FOR QUOTATION
*(THIS IS NOT AN ORDER)*

THIS RFQ ☒ IS ☐ IS NOT A SMALL BUSINESS SET-ASIDE

PAGE OF PAGES: 1 | 39

| 1. REQUEST NO. | 2. DATE ISSUED | 3. REQUISITION/PURCHASE REQUEST NO. | 4. CERT FOR NAT. DEF. UNDER BDSA REG. 2 AND/OR DMS REG. 1 | RATING |
|---|---|---|---|---|
| **RFQ 14-03-085** | **August 19, 2003** | | | |

5a. ISSUED BY

**USDA, Forest Service**
**Kootenai National Forest**
**1101 U.S. Highway 2 West**
**Libby, MT 59923**

6. DELIVER BY *(Date)*

**Estimated Start Date: See page 21**
**Contract Time: See page 21**

5b. FOR INFORMATION CALL *(NO COLLECT CALLS)*

| NAME | TELEPHONE NUMBER AREA CODE | NUMBER |
|---|---|---|
| **Dale Reckley, Contractual** | **406** | **283-7644** |
| **Sheila Braun, Technical** | **406** | **296-7164** |

7. DELIVERY
☐ FOB DESTINATION ☐ OTHER *(See Schedule)*

8. TO:
a. NAME
b. COMPANY
c. STREET ADDRESS
d. CITY
e. STATE
f. ZIP CODE

9. DESTINATION
a. NAME OF CONSIGNEE
b. STREET ADDRESS
c. CITY
d. STATE
e. ZIP CODE

10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE IN BLOCK 5A ON OR BEFORE CLOSE OF BUSINESS *(Date)*
**September 2, 2003**

**IMPORTANT:** This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it to the address in Block 5A. This request does not commit the Government to pay any costs incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to this Request for Quotations must be completed by the quoter.

## 11. SCHEDULE *(Include applicable Federal, State and local taxes)*

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
|---|---|---|---|---|---|
| | **Rexford Ranger District Fuel Reduction Thinning**<br>**Rexford Ranger District**<br><br>**Furnishing Quotation**: Complete the short package of this Request for Quotations as your quote. It contains the Standard Form 18 through **Page No. 11.** Return to the contracting officer at the address shown in Block 5A.<br><br>Award will be made under Simplified Acquisition Procedures, limited to $100,000 or less.<br><br>**QUOTATIONS WILL BE KEPT CONFIDENTIAL UNTIL AWARD IS MADE.** | | | | **Enter Prices on Page 2.** |

| 12. DISCOUNT FOR PROMPT PAYMENT | a. 10 CALENDAR DAYS (%) | b. 20 CALENDAR DAYS (%) | c. 30 CALENDAR DAYS (%) | d. CALENDAR DAYS NUMBER | PERCENTAGE |
|---|---|---|---|---|---|
| | XXXXXXXXXXXX | | | | |

**NOTE:** Additional provisions and representations ☒ are ☐ are not attached.

13. NAME AND ADDRESS OF QUOTER
a. NAME OF QUOTER
**DUNS #**
b. STREET ADDRESS
c. COUNTY
d. CITY
e. STATE
f. ZIP CODE

14. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION

15. DATE OF QUOTATION

16. SIGNER
a. NAME *(Type or Print)*
b. TELEPHONE
AREA CODE
NUMBER
c. TITLE *(Type or Print)*

EXHIBIT
B1

# Rexford Ranger District Fuel Reduction Thinning

Kootenai National Forest
Rexford Ranger District
Lincoln County, Montana

**SCHEDULE OF ITEMS**

| Item No | Description | Unit | Estimated Quantity | Total Price |
|---|---|---|---|---|
| 1 Black Butte | Selective tree thinning, removal of merchantable material, slashing, slash piling in unit | pile 125.00 ac thin 100.00 ac Lump Sum | 1 | $ 22,050.00 |
| 2 Othorp Lake | Selective tree thinning, slashing, slash piling in unit. hand piling on steep slopes | pile 125.00 ac thin 100.00 ac Handpile 250.00 ac Lump Sum | 1 | $ 10,975.00 |
| | | | **TOTAL PRICE** | $ 33,025.00 |

**BASIS OF AWARD: AWARD WILL BE MADE BY ITEM. QUOTES WILL NOT BE ACCEPTED FOR ANY QUANTITIES LESS THAN THOSE SPECIFIED, AND MUST BE SUBMITTED FOR ALL SUBITEMS WITHIN AN ITEM.**

**EVALUATION OF QUOTES**: The Government may issue an order as a result of this Request for Quotations to the responsible quoter whose quote conforming to the solicitation will be most advantageous to the Government. Award will be made on a Best Value basis considering past performance, experience, capability, capacity, price, and overall cost to the Government.

The Government may issue an order to other than the lowest quoter, waive minor informalities or irregularities in quotes received, or elect to not award at all. If necessary, the Government may conduct discussions with any or all quoters.

**INCIDENTAL PAYMENT ITEMS**: The intent of the contract is to provide for the complete construction of the project described in the contract. Unless otherwise provided, the Contractor shall furnish all labor, materials, equipment, tools, transportation, and supplies and perform all work required to complete the project in accordance with the drawings, specifications, and provisions of the contract. Payment for contract work will be made for and under those pay items included in the Schedule of Items. All other work and materials will be considered as incidental to and included in the payment for items shown.

## EXPERIENCE QUESTIONNAIRE

**Slash Piling**
**Rexford Ranger District**

(1) How many years have you been a prime contractor? ________________

(2) **Record of Past Performance**. List below all slash piling **or** similar projects your business has completed within the last three (3) years:

| Contract Amount | Type of Project | Size | Date Completed | Contract Completed on Time? | Name of Forest or Company, Contracting Officer & Telephone No. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(3) Have you ever failed to complete any work awarded to you (Yes or No)? ________________

If yes, list the date, location, and COR (Contracting Officer's Representative) where the default occurred. ____________________________________
____________________________________________
____________________________________________
____________________________________________

(4) **Capacity**. List below all of your firm's contractual commitments running concurrently with the work contemplated by this Request for Quotation:

| Contract Number | Contract Amount | Size | Percent (%) Completed | Estimated Completion Date | Name of Forest or Company, Contracting Officer & Telephone No. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(5) **Proposed Work Schedule/Crew Size:**

(a) Minimum number of employees: ______________________
(b) Maximum number of employees: ______________________
(c) List below the experience of the employees you intend to use on this project:

| Name of Employee(s) (or Partner(s)) | Years of Experience |
|---|---|
| | |
| | |
| | |
| | |
| | |

(6) **Estimated rate of progress:**

(a) Minimum progress rate: ______________________
(b) Maximum progress rate: ______________________

(7) **Specify the equipment available for this contract:**

______________________________________
______________________________________
______________________________________
______________________________________

**CONTINUATION OF SF-18**
**REPRESENTATIONS CERTIFICATIONS AND PROVISIONS**
**(SUPPLY/SERVICES)**

**FAR 52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (APR 2002)**

(a) (1) The North American Industry Classification (NAICS) code for this acquisition is

.

(2) The small business size standard is ____________.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) **Representations**

(1) The offeror represents and certifies as part of its offer that it ❑ is, ❑, is not a small business concern.

(2) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, for general statistical purposes, that it ❑ is, ❑ is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents as part of its offer that it ❑ is, ❑ is not a women-owned small business concern.

(4) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents as part of its offer that it ❑ is, ❑ is not a veteran-owned small business concern.

(5) [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.*] The offeror represents as part of its offer that it ❑ is, ❑ is not a service-disabled veteran-owned small business concern.

(6) *[Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, as part of its offer, that-

(i) It ❑ is, ❑ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ❑ is, ❑ is not a joint venture that complies with the requirements of 13 CFR part 126, and the small business concern or concerns that are participating in the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:*__________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) **Definitions**

"Service-disabled veteran-owned small business concern"—

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 10192)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," as used in this provision, means a small business concern--

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) **Notice**

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provisions of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

**FAR 52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)**

(a) **Definitions**

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c), and 3325 (d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the

offeror's TIN.

(d) **Taxpayer Identification Number (TIN)**

❑ TIN:______________________.

❑ TIN has been applied for.

❑ TIN is not required because:

❑ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

❑ Offeror is an agency or instrumentality of a foreign government;

❑ Offeror is an agency or instrumentality of the Federal Government;

(e) **Type of Organization**

❑ Sole proprietorship

❑ Partnership

❑ Corporate entity (not tax-exempt);

❑ Corporate entity (tax-exempt);

❑ Government entity (Federal, State, or local);

❑ Foreign government;

❑ International organization per 26 CFR 1.6049-4;

❑ Other ______________________.

(f) **Common Parent**

❑ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

❑ Name and TIN of common parent:

Name______________________________

TIN________________________________

**APPLICABLE TO CONTRACTS FOR PREDOMINANTLY MANUAL FORESTRY WORK:**

**MIGRANT AND SEASONAL AGRICULTURAL WORKER PROTECTION ACT REGISTRATION**

(a) In compliance with the Migrant Seasonal and Agricultural Worker Protection Act (MSPA) (29 USC 1801-1872; 5 CFR 500), the offeror certifies that he/she:

❑ Has been issued MSPA Registration Number______________________.

❑ Has applied for a MSPA Registration Number.

❑ Has not applied for a number.

❑ Is not required to register because the offeror does not employ anyone other than immediate family members. (Parents, children, brothers and sisters)

(b) Any employer who hires or anticipates hiring employees subject to MSPA and who anticipates bidding on a federal contract now or in the future must submit an application to obtain a registration number.

(c) Application for a registration number should be made on Form WH-510 which is available at State Employment Offices. Questions concerning application should be directed to the State Employment Office or the U.S. Department of Labor. Completed forms should be mailed to the appropriate U.S. Department of Labor Regional Office.

(d) A valid U.S. Department of Labor Registration Number must be supplied to the Contracting Officer prior to issuance of a "Notice to Proceed" with the work. Failure to provide such number within ____ days of award is grounds for termination of the contract.

APPLICABLE TO CONTRACTS FOR SUPPLIES OR SERVICES INVOLVING FURNISHING OF SUPPLIES:

**FAR 52.225-2 BUY AMERICAN ACT CERTIFICATE (JUN 2003)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act—Supplies."

(b) **Foreign End Products**:

| **Line Item No.** | **Country of Origin** |
|---|---|
| __________ | ______ |
| __________ | ______ |

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**APPLICABLE TO CONTRACTS OVER $10,000:**

**FAR 52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)**

The offeror represents that--

(a) It ❑ has, ❑ has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;

(b) It ❑ has, ❑ has not filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

**FAR 52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)**

The offeror represents that—

(a) It ❑ has developed and has on file, ❑ has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or

(b) It ❑ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**APPLICABLE TO CONTRACTS OVER $25,000:**

**FAR 52.204-6 DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (JUN 1999)**

(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to

provide the following information:

(1) Company name.

(2) Company address.

(3) Company telephone number.

(4) Line of business.

(5) Chief executive officer/key manager.

(6) Date the company was started.

(7) Number of people employed by the company.

(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet home page at http://www.customerservice@dnb.com. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@mail.dnb.com.

**FAR 52.222-38 COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (DEC 2001)**

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) (i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans), it has submitted the most recent VETS-100 Report required by that clause.

***NOTE**: Offerors should address questions concerning VETS-100 reporting and reporting requirements to the Office of Veterans Employment and Training Services offices at the following address:*

*U.S. Department of Labor*
*VETS-100 Reporting*
*6101 Stevenson Avenue*
*Alexandria, VA 22304-3540*
*Telephone: (703) 461-2460*
E-mail: *VETS100@dyncorp.com*
Website: *www.vets100.cudenver.edu*

# DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

## GENERAL

**Scope Of Contract.** The purpose of this contract is to secure a complete set of services to accomplish stand treatments that have historically been accomplished by numerous individual contracts. In the past, contracts have been awarded for fuel reduction and precommercial thinning; each of these were designed to meet management objectives for a range of resources. The purpose of this contract is to secure a combination of these operations into one contract to take advantage of the efficiencies of having one larger contract to meet multiple objectives. By the selective slashing of the conifer regeneration to reduce vegetation competition in the understory. This treatment will also open the overstory canopy. Specifically, the reduction of existing fuels through tree thinning. The contractor shall, considering given sets of resource objectives for each unit, develop a plan of operations to accomplish these objectives, and organize and direct all of the equipment and personnel needed to fully accomplish the work. The Contractor shall furnish all technical expertise, labor, equipment, supervision, transportation, operating supplies, and incidentals necessary to complete the work required.

The desired end result of this project is to achieve the following:

1. Reduce intensities of future wildfires and resulting damages to natural resources and other improvements within the wild land/urban interface through slashing, lopping, piling and prescribed burning.

2. Improve wildlife habitat by removing the dense overstory to encourage the growth of vegetative browse in big game winter range as well as improving thermal cover,

3. Reduce ladder and surface fuels, thereby reducing the susceptibility of the forest to losses caused by wildfire,

4. Open gaps in the canopy and retain the largest trees, thereby restoring fire resiliency in stands located in high risk fire areas,

5. Reduce impacts from smoke pollutants by utilizing mechanical methods for treating fuels where feasible.

6. Move units towards a fire-maintained park-like, light fuel load state with both long and short–term desirable visual quality conditions.

7. Reduce forest and stand susceptibility to future outbreaks of insects and diseases.

The environmental documentation for this project is available for review at the Eureka Ranger Station in Eureka, Montana.

**Location And Description**. This contract contains 139 acres in two project areas.

1) Project 1 consist of 1 item, Black Butte Fuel Reduction (98 acres), T36N, R28W, section 24
2) Project 2 consists of 1 item, Orthrop Lake Fuel Reduction (41 acres), T36N, R27W, section 28.

See vicinity and project maps in appendix. District travel maps are available at the Eureka Ranger station office at no charge.

The project areas consists of forested stands dominated by slopes generally less than 30 percent slopes.

The boundaries of the project areas are shown on the attached project map, which is made part of this contract. All project map detail indicating location is approximate; therefore, actual locations, as the Forest Service has designated on the ground, take precedence over the project map. Exterior boundaries of all units are marked in the field with flagging.

Silvicultural Prescriptions are included in this solicitation. Additional information can be obtained by contacting Ellery Steward at the Rexford Ranger District, telephone (406) 296-7127, during business hours.

## TECHNICAL SPECIFICATIONS

**Selection of Leave Trees**. Selected leave trees shall be the best formed, most vigorous, least damaged, (due to insects, disease, Physical, or mechanical causes), and be within the species preference guidelines.

Indicators of desirable trees are:

Straight stem
Small branch diameter
Good coloration
Well-formed crown
Branches horizontal to bole
Free of insects and disease

These indicators, as well as overall tree vigor shall be important criteria for leave tree selection. The most prominent indicator for vigor is annual terminal growth for the last three years.

Indicators of undesirable trees are:

Multiple tops
Poor crown form

Crook or sweep in bole
Dead or broken tops
Residual trees from original stand
Poor coloration
Large branch diameter
Insects and disease
Branches more than 45 degrees from horizontal
Physical or mechanical damage
Suppressed

These indicators shall determine cut trees, but slight defects may be acceptable for a particular leave tree if it is the best selection within a competitive group.

The number of leave trees per acre shall be a minimum/maximum allowance specified for each subitem in the Silvicultural Prescription. Example: 75/100 trees per acre. The Contractor shall monitor the number of leave trees using a sample plot method of his choice. (Random sampling by a circular plots is a popular method and will be used for quality assurance inspection on this contract.)

Contractor is responsible for recognizing any insect, disease, or animal damage problems and reporting them to the Contracting Officer's Representative. Major problems and treatment are described in the Silvicultural Prescription.

**NOTE**: The prescription objective is based on the overall composition and condition of the stand, and is intended to be a guideline for achieving a high quality final product in a professional manner. Contractor is expected to use silviculture knowledge to identify and adjust to any changing conditions within the stand or notify the Contracting Officer of such changing conditions.

**Cutting Methods**

**Stump Height - Removal of Live Limbs**. All trees other than leave trees shall be cut below the lowest live limb, except when prevented by natural obstacles. All live limbs below the cutting point shall be removed. Trees shall be completely severed from the stump. Stump height shall not exceed 12 inches above ground level or 4 inches above natural obstacles. Stump height shall not exceed 2 inches above ground level within 30 feet of existing trails and shall be cut parallel to the ground.

**Felling**. Cut trees shall be felled away from unit boundaries, roads, telephone lines, established trails, stock driveways, fence lines, established land corners, and streams. Any trees falling on such areas shall be removed. Any tree felled into private land shall be pulled back into the thinning unit. All thinning slash shall be placed on or near the ground surface, so that it is not leaning against or suspended by an uncut tree, stump, log, or any obstacle. Snags may not be cut unless the Contractor elects to fall them for safety reasons. Snags felled, should be done prior to selecting leave trees within a distance equal to the height of the snag in the direction of fall.

**Minimum Height**. No trees are required to be cut that are less than that specified within the individual unit Silvicultural Prescription.

**Resource Protection**. The Contractor shall exercise extreme care to prevent damage to existing facilities, developments, and resources.

**Existing Facilities**. If existing facilities, such as roads, erosion dips, barriers, and drainage facilities are damaged, they shall be replaced or repaired at no cost to the Government.

**Protection of Streamcourses**. The Contractor shall minimize damage to streamcourses. Contractor must not enter within 50 feet of a scoured channel. Thinning must favor trees or shrubs species, particularly hardwoods, that provide the greatest benefit to riparian conditions within the riparian area. Thinning debris will be pulled out of or felled away from dry draws with defined channels and draws that have the potential to flow water.

**Prevention and Control of Soil Erosion**. The Contractor shall minimize soil erosion. Precautions shall include:

Prevention of gullying of roads and skid trails within and adjacent to the Thinning unit area.

The Contractor shall protect all "Areas to Protect", and all known and identified or discovered historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture against destruction, obliteration, removal or damage during Contractor's operations. The Contractor shall immediately notify the Forest Service if damage occurs to any Cultural Resources and immediately halt operations in the vicinity of the Resource where damage occurred until the Forest Service authorizes the Contractor to proceed. If such damage is negligently or willfully caused by the Contractor's operations, the Contractor shall bear costs of investigation and restoration in accordance with 36 CFR 296.14(c), provided that such payment shall not relieve Contractor from civil or criminal remedies otherwise provided by law. Wheeled or track-laying equipment shall not be operated within such areas except on approved roads, landings, tractor roads or skid trails. Unless agreed otherwise, trees shall not be felled into such areas.

Salvaging of boughs, small Christmas trees, and small round wood is allowed only on Black Butte with an appropriate valid permit. The permit(s) shall be obtained through the Rexford Ranger District prior to the start of the salvage operation(s). Salvaging is not allowed on the Orthrop Lake Item.

Slash shall be pulled back 5 feet from culverts on the fillslope.

All thinning shall be completed before salvaging may begin.

All section corners, culverts, fences, and bearing trees shall be protected from damage.

A minimum of 85% of activities will be in a non-compacted, non-puddling, and/or non-displaced condition.

Established Forest Service recreational trails form part of the unit area boundary. All thinning activity shall remain **50 feet** away from existing trails and no piling shall be allowed on trails. Trail crossing points will be designated prior to commencement of work. Slash will not be allowed in drainage bottoms.

## DEFINITIONS

**Access** – Access to units will be provided by the designated existing transportation system.

**Areas to Protect** – Areas designed and/or defined by the Forest Service that must be avoided, protected, or restricted.

**Average spacing** - means the average of the distances between all leave trees necessary to provide the desired number of leave trees per acre.

**DBH** – Diameter at Breast Height. Diameter of a tree measured outside of the bark at a height of 4.5 feet above ground level on the uphill side of the tree.

**Damage** - includes any defect or deformity of a tree resulting from agents such as wind, snow, animals, insects, disease, and equipment, and evidenced by dead or broken tops or trunks, crooks, and deep scars.

**Excess trees** - means uncut trees that do not meet specifications and should have been cut. Trees not severed from the stump, hangup trees, stumps with live limbs, trees not girdled or not girdled properly (if required) are also considered excess trees.

**Hangup tree** - means any cut tree suspended more than 3 feet off ground.

**Lop and Pile** – Process of cutting small conifers and piling this material in designated areas away from green residual trees.

**Minor damage** - means crooks in the trunk which are offset less than 3 inches from the long axis and within 13 feet of the ground, no forks, broken top, or bark damage extending more than one-fourth the circumference of the tree.

**Missing leave tree** - are trees cut that should have been left.

**Slash** – All vegetative material including cull logs, broken tops, limbs, branches, rotten wood, damaged or broken saplings and small poles.

**Spacing** - means the horizontal distance from the trunk of one leave tree to the trunk of the next nearest leave tree.

## CONTRACTOR RESPONSIBILITIES

**PERFORMANCE STANDARD** *The Contractor shall select and monitor the best leave trees in order to achieve the minimum/maximum allowance specified for each Item in the Silcicultural Prescription, Example: 75/100 trees per acre.*

Contractor is responsible for recognizing any insect, disease, or animal damage problems and reporting them to the Contracting officer's Representative. Major problems and treatments are described in Silvicultural Prescriptions.

**NOTE:** The prescription objective is based on the overall composition and condition of the stand, and is intended to be a guideline for achieving a high quality final product in a professional manner. Contractor is expected to use silviculture knowledge to identify and adjust to any changing conditions within the stand or notify the Contracting officer of such changing conditions.

**PERFORMANCE STANDARD**- Removal of Live Limbs. *All trees other than leave trees shall be cut below the lowest live limb, except when prevented by natural obstacles. All live limbs below the cutting point shall be removed. Trees shall be completely severed from the stump. Stump height shall not exceed 12 inches above ground level or 4 inches above natural obstacles.*

**PERFORMANCE STANDARD** Slash- *shall be piled by hand or excavator into piles that are compact and relatively free of dirt and decomposed duff. Piles shall be at least 10 feet from designated leave trees and unit boundaries. Roads shall be kept clear of Contractor created slash piles from the top of the cut slope to the toe of the fill. Piles shall not be less than 6 feet in height and not more than 15 feet in width. The slash shall be gathered and piled, with slash aligned in the same direction as much as possible. No stumps shall be placed in piles. Piles piled in teepee fashion are not acceptable.* Rolling the piles to compact them is preferred.

**PERFORMANCE STANDARD** The *Contractor shall pile the majority of woody material less than six inches in diameter on the large end and leave a minimum of 5 tons per acre and a maximum of 10 tons per acre of the larger material evenly distributed throughout the units.*

**PERFORMANCE STANDARD** **Noxious Weeds Control Requirement**. *The Contractor shall clean all off-road equipment prior to entry onto the project area. Remove all dirt and plant parts and material that could carry noxious weed seeds into the project area. Only off-road equipment so cleaned and inspected by the Forest Service will be allowed to operate within the project area. Treat all subsequent move-ins of off-road equipment in the same manner as initial move-ins. "Off-road equipment" does not include personal vehicles or support equipment that remains on the main travel route.*

*Prior to the initial move-in, the Contractor shall make all off-road equipment available for inspection by the Forest Service at an agreed upon location. Provide the Forest Service at least 24 hours advance notification when equipment is ready for inspection.*

If the Contractor desires to clean off-road equipment on National Forest Land prior to moving to a new unit, the Contractor and the Forest Service shall agree on methods of cleaning, locations for the cleaning, and control of off-site impacts, if any.

Due to the dry sandy nature of the soils, ground disturbance should be kept to a minimum. On steeper ground the excavator shall not use the same path to move around to the extent that rutting in the traveled path begins to form. The excavator bucket work shall be done to minimize scarification and soil disturbance. Use existing skid trails where ever possible to minimize soil disturbance.

**Contractor Quality Control Inspection System**. In accordance with 52.246-4 Inspection of Services – Fixed Price (AUG 1996), Paragraph (b) the Contractor shall propose and adopt a quality control inspection system to ensure that the required work meets the specifications. The Contractor may use the Inspection and Acceptance Requirements stated under Government Responsibilities as an inspection system if desired. Any proposed inspection system shall produce written inspection data which shall be provided in a timely manner as agreed to by the Contracting Officer. The Contracting Officer may observe the Contractor's inspection at any time and shall otherwise have unlimited access to the inspection data.

***PERFORMANCE ASSESSMENT* PLAN (PAP)** In accordance with 52.246-4 Inspection of Services – Fixed Price (AUG 1996), Paragraph (c), the COR will inspect the Contractor's performance on a random basis under this contract to ensure that piling is being properly performed, the proper amount of slash is being left scattered throughout the units, and that equipment has been properly washed to prevent noxious weeds from being transported into the units.

Unacceptable performance occurs when the Contractor responsibilities fail to meet stated **PERFORMANCE STANDARDS**. The Government will not pay for unacceptable performance. When unacceptable performance is observed, the COR will document the unacceptable performance on a work order as well as meet with the Contractor at the job

site to ensure that the Contractor is aware of the unacceptable service. **<u>The Government's inspection of the work does not relieve the Contractor of its responsibility to provide an inspection system as stated in Paragraph (b) of the Clause stated above</u>**.

**<u>Inspection Procedure Piling</u>**

The Government will make a visual examination of the work. If the visual examination shows the work may not be done in conformance with the contract specifications the following systematic inspection procedure will be made:

The Government will make an inspection of each contract item to determine acceptability. The results will not be averaged with any other item for payment purposes. The Contractor is encouraged to observe the inspection. Inspection consists of checking piles for compaction, size, and non-burnable material. In addition, Browns Down Woody Fuel Surveys will be the method for determining ton per acre of material remaining on site.

**<u>Inspection of Slash Treatment</u>**. Acceptance will be determined by an inspection of the areas requiring treatment and will be based on adherence to the specifications. Nonconformance with any of the specifications will classify the treatment as unsatisfactory and rework will be required to bring the treatment up to specification standards.

**<u>Inspection of Slashing</u>**
The Government will make a visual examination of the work. If the visual examination shows the work may not be done in conformance with the contract specifications the following systematic inspection procedure will be made:

A series of plots distributed over the entire unit will be taken. Plot centers will be marked and numbered.

Each plot will be examined and the findings on the items listed below recorded:

Number of leave trees that should have been left.

Number of trees that were left.

Number of satisfactory leave trees.

Number of excess trees.

Upon inspection of all plots for a unit, the quality of thinning shall be calculated as follows:

$$\text{Quality\%} = 1.00 - \frac{(\text{No. of missing leave trees} + \text{No. of excess trees}) \times 100}{(\text{No. of leave trees that should have been left})}$$

**<u>Measurement</u>**. The acreage of each unit was made using Global Positioning System measurements. Noxious Weeds Control Requirements is incidental to slash piling.

**Basis Of Payment**. Payment will be made at the contract unit price for work completed and accepted in accordance with the above required specifications.

PERFORMANCE REQUIREMENTS SUMMARY

| Requirement | Performance Standard | Method of Assessment | Incentive/Deduction |
|---|---|---|---|
| Piling | Piles constructed to the described size, reasonably free of dirt or duff, compact, spaced away from leave trees and other objects, and with stems properly oriented. | Random Sample | Rework to correct defiencies. |
| Unpiled Wood Material | Leaving the designated amount of properly sized woody material scattered throughout the unit. | Random Sample | If more than 7 tons/acre are left unpiled the unit shall be reworked. |
| Noxious Weeds Control | Equipment to be washed and free of dirt and weeds. | Random Sample | Equipment not permitted to enter unit until it passes inspection. |
| Tree Selection | Selecting the best trees in each competitive grouping which will produce the required number of leave trees per acre. | Random Sample | If excess trees the unit shall be reworked as discussed below. If uncorrectable payment will be reduced. |
| Stump Height and Low Live Limbs | Trees to be cut below the lowest line limb or not higher than 12 inches above ground. Trees completely severed from the stump. All live limbs completely severed when not able to cut trees below the lowest limb | Random Sample | Rework to correct defiencies. |
| Noxious Weed Control | Equipment to be washed and free of dirt and weeds. | Random Sample | Equipment not permitted to enter unit until it passes inspection. |

**Rework and Reinspection after Rework** When inspection results are below 80% and excess trees constitute a part of the defiency, payment will not be made until the excess tree deficiency has been corrected, unless the Contracting Officer determines excess tree deficiency to be minor or and isolated situation that will not result in any material differences in the total number of trees to be left.

When inspection results are below 80% and deficiency is non-correctable, then no payment will be made for the item. Inspection after the rework will be made in the same manner as the first inspection, but on different plot sites. The Contractor shall pay for inspections necessitated by the rework

# OTHER CONSTRAINTS ON PERFORMANCE

## Contract Time and Required Rate of Progress

| Item No. | Est. Start Work Date | Completion Date (Mandatory) |
|---|---|---|
| 2.1 Black Butte Fuels | 3 Days After NTP | July 31, 2004 |
| 3.1 Orthrop Lake Fuels | 3 Days After NTP | July 31, 2004 |

The Government has the right to direct the Contractor on which unit to start work.

The Contractor shall maintain progress at a rate, which will assure completion of all work by the mandatory completion dates stated above.

The Government will issue a Notice to Proceed as soon as weather and ground conditions are favorable for work.

# MEASUREMENT AND PAYMENT

## Methods of Measurement.

Acreage was measured on a horizontal plane using a Global Positioning System. Measurement for lump sum treatment areas will be as follows: The acreages shown are for information only to aid the quoter in determining the approximate size of the units, and are not guaranteed. Prices offered in the schedule of items are to be for the entire unit on a lump sum basis.

## Payments

Payment will be made for fully acceptable work at the prices shown in the Schedule of Items. In the event of extended non-work periods because of adverse weather the Contracting Officer may authorize progress payments for partially completed units.

## FINAL PAYMENT

The amount of the final payment will be calculated as described above and approved for payment after--

Completion and acceptance of all work;

Presentation of a properly executed invoice; and

Presentation of release of all claims against the Government arising by virtue of this contract, other than claims, in stated amounts, that the Contractor has specifically excepted from the operation of the release. A release may also be required of the assignee if the Contractor's claim to amounts payable under this contract has been assigned under the Assignment of Claims Act of 1940 (31 U.S.C. 3727 and 41 U.S.C. 15).