## ***SILVICULTURAL DIAGNOSIS AND PRESCRIPTION***

| | | | | |
|---|---|---|---|---|
| *Project Name & Unit #*: Orthrop Lake | | | | *Stand ID*: |
| *Parent Stands:17-07-021* | | | | |
| *Unit Acres:* | *Landtype:, 324* | *Slope:10-50%* | *Aspect:Rolling* | *Elevation: 3100* |
| *Habitat Type*: PSME/CARU | | | | |
| *Mgmt. Area:*13 | *Topography: MID-SLOPE* | | *Operability: Tractor* | *Stockability:80-90%* |
| *Potential Productivity in cubic feet/ac/yr: 40-60* | | | | |

### ***Management Objectives***

MA-13 objectives are to provide the special habitat necessary for old –growth dependant wildlife in units that represent the major habitat types and tree species of each drainage.

**Specific objectives for this project are as follows:**

- **Achieve desirable and sustainable conditions in low-elevation, dry forest types by reducing stand densities, maintaining and enhancing desirable species composition and size, and reducing the risk of insect and disease epidemics**

- Reduce naturally occurring fuel accumulations in low-to-mid elevation stands to lower the potential for wildfires escaping initial attack and becoming large-scale wildfires, and to protect forest resources

- Improve big game winter range conditions by rejuvenating browse species through the use of prescribed fire

### ***Condition***

This is a multistory DF/WL stand with the oldest cohort composed of 14"-30" +DBH DF (80%), and WL(20%). The Wl occurs only in the moister draws and cool north and east facing slopes. The Basal area of this cohort ranges from 40-140 $ft^2$/acre, but averages 60-100 $Ft^2$/acre. The younger cohorts consist of 3-12" dbh DF stocked at 20-40 $FT^2$/acre Overall Vigor is fair to poor for WL and DF, but declining due to the relatively high stocking level.. This stand currently meets Green, et al. criteria for Old Growth. Soils have developed from glacial till and fractured bedrock and are 85-90% stockable . There is 1-2% past detrimental soil disturbance. The habitat type is PSME/CARU with inclusions of PSME/LIBO in the moister areas. Cover is variable, very sparse in areas of dense understory, and up to 60% in the more open areas. Cover consists of various mixes of Caru, FEID, FESC, ARUV, AMAL and BERE. The forage is poor to fair in vigor, with the existing shrub cover very decadent. Ground fuels are moderate , 10-20 tons/ac, consisting mostly of dead branches. Ladder fuels are heavy to extreme, consisting of dead branches extending to the ground on the smaller diameter DF.

EXHIBIT
tabbies
B2

***Target Stand Description***

The target stand is a mosaic of fire-maintained park-like Douglas-fir/Ponderosa pine /Western larch stands. Grasses would generally dominate the ground cover with a light to moderate component of shrubs occurring in some areas. The relative forage value for big-game would be fair to good. Fuel loads would be light and ladder fuels would occur only in a few isolated patches. Both long and short term VQO's should meet partial retention. Risk for DF beetle attack would be moderate to low.

***Diagnosis***

Overall vigor of this stand is fair to poor and declining in part due to heavy stocking. Forage value and vigor is poor. Ladder fuels are high to extreme and are conducive to a stand replacement event. The current stocking is too dense to allow a park-like Douglas-fir/Ponderosa/WL stand to continue to develop. Forage conditions need to be improved. Reducing the basal area to 60-80 $ft^2$/acre, followed by a light to moderate underburn would allow the development of a park-like Douglas-fir/Ponderosa pine/WL stand and stimulate forage production. However underburning alone in this unit is likely to reduce overall stocking to 20 $ft^2$/acre or less. Therefore at this entry smaller diameter stems should be slashed to reduce ladder fuels, and the resulting fuels should be piled and burned along with other activity fuels .

These treatment would meet the VQO of retention.

The following diagnosis table details options considered to manage this stand to meet target stand objectives.

| | Currently Meets Target? | Can be modified to meet target? | Sanitation/Salvage | Uneven-age mgmt? | Shelterwood | Seed tree | Clearcut with reserves |
|---|---|---|---|---|---|---|---|
| | No fuel loads are too high in some areas and current trajectory would not allow the development of a fire-maintained, Park-like Douglas-fir/WL/ ponderosa pine stand. . | Yes, can be thinned to lessen ladder fuels and to slightly reduce stocking, increase vigor, and develop a park-like DF/PP/WL stand piling and burning of submerchat this entry will facilitate future underburning. . | NO, CURRENT MORTALITY IS TOO LIGHT. | Yes, but multi-storied structure would increase ladder fuels and preclude the use of underbrning to tree future fuel accumulations. | No, would not meet short-term target stand objectives of EIS. | No, would not meet short-term target stand objectives of EIS. | No, would not short-term meet target stand objectives of EIS. . |

***Prescribed Treatment***

**Precommercial thinning.**Reduce stocking by thinning from below to an average 80-100 trees per acre, approximately 70-90ft²/acre, using the following specifications:

- Cut all stems less than 7" DBH

**Year 0 or 1 Hazard Reduction**

Pile thinning slash (contractor) and burn piles (FS). In areas over 50% slope (approximately 10-15% of area), had pile slash.

**Year 0 or 1 (4347)** Conduct a **post activity survey** to check if the objectives of the prescription were attained. Specific Items to observe during this survey are as follows:

1. Residual stocking
2. Distribution of stocking
3. Forage value, species germinating and resprouting.
4. Fuel load
5. Distribution of fuel load.

**Future Needs.** 5-10 years after this treatment examine the stand with a walkthrough survey to determine when to schedule undebuning. Specific items to observe during this survey are as follows: .

1. Residual stocking
2. Distribution of stocking
3. Forage value, species germinating and resprouting.
4. Fuel load
5. Distribution of fuel load.

## *SILVICULTURAL PRESCRIPTION FUNDING SUMMARY*

| | | |
|---|---|---|
| PROJECT NAME/UNIT #: Orthrop Lake | | ACRES: |
| STAND ID: | TREATMENT: pre Commercial Thinning, | |
| PREPARED BY: Joseph lewicki | DATE:1/19/2001 | |

| ACTION: | ACTIVITY CODE | TIME LINE | YEAR | FUND UNITS | KV CODE | PROTECT? | NOTES: |
|---|---|---|---|---|---|---|---|
| Prescription | 4334 | 0 | | AC | 37 | | |
| Pre-Commercial thinning | 4521 | 0 | | AC | 12 | | Precommercial thin by harvesting all stems less than 7" DBH |
| Fuels Treatment | 4983 | 0 | | 90% AC\ | 15 | No | Pile thinning slash, and other activity and ground fuels. (90% of area) (contractor). * |
| Fuels treatment | 4986 | 0 | | 10% | 15 | No | Hand pile areas too steep to Pile (10% of area) (contractor) * |
| Burn Piles | 4976 | 1 | | AC | 15 | No | ~~Burn piles. (FS)~~ |
| Post-Activity Survey | 4347 | 1 | | ac | 15 | no | |
| Update Data Base | 0001 | 0 | | | 02 | No | |
| Stand Exam | 4315 | 10 | | | 02 | No | Evaluate need for underburn |

## *SILVICULTURAL DIAGNOSIS AND PRESCRIPTION*

| | | | | |
|---|---|---|---|---|
| *Project Name & Unit #*: Back Butte Fuels | | | | *Stand ID*: |
| *Parent Stands:16-03-047,048* | | | | |
| *Unit Acres:* | *Landtype:, 303, 324* | *Slope:10-20%* | *Aspect:NW* | *Elevation: 3300-3650* |
| *Habitat Type*: PSME/CARU with inclusions of DF/SYAL and DF/FESC | | | | |
| *Mgmt. Area:*11 | *Topography: lower slope* | | *Operability: Tractor* | *Stockability:80%* |
| *Potential Productivity in cubic feet/ac/yr: 40-60* | | | | |

### *Management Objectives*

Maintain or enhance winter range while producing a programmed yield of timber and maintaining the viewing resource in areas of high visual significance. Timber harvest will be used to develop and maintain optimum cover/forage ratios by cycling cutting units through seral stages. Where planting is used, favor Douglas-fir and ponderosa pine. Other specific objectives can be found in the West Kootenai Ecosystem Restoration EA.

### *Condition*

This unit consists of a multi-cohort stand of 40-200 + year old PP (10%), DF (90%) and WL (trace). Diameters range from 4 to 30" DBH. Basal areas range from 40-200 ft²/acre, but averaging about 90 ft²/acre. Stocking is clumpy with areas of heavy stocking of 12-20" DBH DF. There are about 2-6 PP per acre over 14" DBH, with a few up to 30"DBH. The overall vigor of trees in the unit appears to be fair to poor. The crowns of the PP component are decreasing due to inter-tree competition. Soils are formed on glacial till and fractured bedrock and are 80% stockable and plantable. Existing detrimental disturbance based on visual estimate is 10-12%. About 15% of the area consists of unstockable rocky inclusions. The habitat type is generally PSME/CAR, with some inclusions of PSME/SYAL and PSME/FESC. Cover varies from 20-80% consisting of various combinations of CARU, BERE, SYAL, FESC, FEID, SHCA, AMAL and PUTR . Forage value is fair to good , with the vigor of the forage species fair. There is evidence of moderate to heavy elk use. Ground fuels are generally light 10-15 tons/acre, with some concentrations up to 30 tons/acre. . Ladder fuels are moderate to heavy and increasing. Needle/duff depth is variable, ranging from 1-2". .

### *Target Stand Description*

The target stand is a mosaic of fire-maintained park-like Douglas-fir/Ponderosa pine /Western larch stands. Grasses would generally dominate the ground cover with a light to moderate component of shrubs occurring in some areas. The relative forage value for big-game would be fair to good. Fuel loads would be light and ladder fuels would occur only in a few isolated patches. Both long and short term VQO's should meet partial retention. Risk for DF beetle attack would be moderate to low.

### *Diagnosis*

Overall vigor of this stand is fair to fair , with the vigor of the PP is declining in part due to heavy stocking. Forage value and vigor is fair to good. Ladder fuels are moderate to heavy and are developing conditions conducive to a stand replacement event. The current stocking is too dense to allow a park-like Douglas-fir/Ponderosa stand to develop. Forage conditions need to be improved. Reducing the basal area to an average of 60-80 ft²/acre, followed by a light to moderate underburn would allow the development of a park-like Douglas-fir/Ponderosa pine stand and stimulate forage production. However underburning alone in this unit is likely to reduce overall stocking to 20 ft²/acre or less. Therefore at this entry stems should be slashed to reduce ladder fuels, and the resulting fuels should be excavator piled and burned along with other activity fuels . These treatments would meet the VQO of partial retention.

The following diagnosis table details the options considered to manage this stand to meet target stand objectives.

| | Currently Meets Target? | Can be modified to meet target? | Sanitation/Salvage | Uneven-age mgmt? | Shelterwood | Seed tree | Clearcut with reserves |
|---|---|---|---|---|---|---|---|
| | No fuel | Yes, can be | NO, | Yes, stand | No, would | No, would | No, would |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | loads are too high in some areas and current trajectory would not allow the development of a fire-maintained, Park-like Douglas-fir/ponderosa pine/WL stand. . | thinned to reduce stocking, increase vigor, and develop a park-like DF/PP/WL stand Excavator piling and burning of submerch at this entry will facilitate future underburning. . | CURRENT MORTALITY IS TOO LIGHT. | could be managed for multi-cohort structure, dominated by trees in A and B Stratum. | not meet short-term target stand objectives of EIS. | not meet short-term target stand objectives of EIS. | not short-term meet target stand objectives of EIS. . |

***Prescribed Treatment***

**Commercial thinning.** Reduce stocking by thinning from below to an average of 60-80 ft²/acre. Vigor of the larger PP is to be maintained or improved by reducing competition for light, water and crown spacer. To achieve this objective use the following specifications

- Harvest/slash all stems in unit less than 8" DBH..
- Leave all PP and WL 14" DBH and larger
- For a radius of 20 feet (outside bark) from each 14" DBH + PP or WL, harvest all stems except 14'DBH + PP and WL.
- In areas where leaving the trees above would not result in at least 70 trees/acre, , leave the largest most vigorous trees up 70 trees /acre, giving WL and PP a priority over DF, but giving size and vigor criteria a higher precedence than species preference.
- Leave 2-4 sound snags over 10" DBH where available
- Leave all other stems over 8" dbh .

**Year 0 or 1 Hazard Reduction**

Excavator pile thinning slash (contractor) and burn piles (FS).

1-3 years after burning the piles, underburn the entire unit when conditions are correct for a burn of low-moderate intensity and severity. There are three objectives of this burn:

1. To decrease ground fuels by burning 70-90% of the fuels less than 3" in diameter.
2. Maintain or increase forage quality and quantity.
3. To have 20% or less leave-tree mortality resulting from the underburn.

**Year 1** and **after underburn (4347)** Conduct a **post activity survey** to check if the objectives of the prescription were attained. Specific Items to observe during this survey are as follows:

1. Residual stocking
2. Distribution of stocking
3. Forage value, species germinating and resprouting.
4. Fuel load
5. Distribution of fuel load.

**Future Needs.** 5-10 years after this treatment examine the stand with a walkthrough survey to determine when to schedule next undebuning. Specific items to observe during this survey are as follows: .

1. Residual stocking
2. Distribution of stocking
3. Forage value, species germinating and resprouting.
4. Fuel load
5. Distribution of fuel load.

Joe Lewicki 12/2/2002

## SILVICULTURAL PRESCRIPTION FUNDING SUMMARY

| | | |
|---|---|---|
| PROJECT NAME/UNIT #: Black Butte Fuels | | ACRES: |
| STAND ID: | TREATMENT: Commercial Thinning, | |
| PREPARED BY: Joseph lewicki | DATE:12/01/2002 | |

| ACTION: | ACTIVITY CODE | TIME LINE | YEAR | UNITS | FUND CODE | KV PROTECT? | NOTES: |
|---|---|---|---|---|---|---|---|
| Prescription | 4334 | 0 | | AC | 37 | | |
| Commercial thinning | 4220 | 0 | | AC | 12 | | Commercial thinning<br>• Harvest/slash all stems in unit less than 8" DBH..<br>• Leave all PP and WL 14" DBH and larger<br>• For a radius of 20 feet (outside bark) from each 14" DBH + PP or WL, harvest all stems except 14'DBH + PP and WL.<br>• In areas where leaving the trees above would not result in at least 70 trees/acre, , leave the largest most vigorous trees up 70 trees /acre, giving WL and PP a priority over DF, but giving size and vigor criteria a higher precedence than species preference.<br>• Leave 2-4 sound snags over 10" DBH where available<br>• Leave all other stems over 8" dbh . |
| Slashing | 4982 | 0 | | Ac | 15 | | Slash all stems not designated for retention. |
| Fuels Treatment (contractor) | 4983 | 0 | | AC | 15 | No | Excavator pile thinning slash, and other activity and ground fuels. |
| Burn Piles | 4976 | 1 | | AC | 15 | No | Burn Excavator piles. (FS) |
| Fuels Treatment | 4963 | 2-3 | | AC | 15 | No | Underburn total acres. (FS) |
| Post-Activity Survey | 4347 | 1, 3 | | ac | 15 | no | Survey after Piling and again after underburning. |
| Update Data Base | 0001 | 0 | | | 02 | No | |
| Stand Exam | 4315 | 10 | | | 02 | No | Evaluate need for next underburn |




Copyright (C) 1997, Maptech, Inc.




# Black Butte

— Roads

UTM
11 North
NAD 1927 (Conus)

N

Scale 1:15,840
0 2,000
Feet

blkbutte.cor
11/8/2002
GPS Pathfinder® Office
Trimble


R28W
R27W
Rexford Ranger District
2003 Fuel Reduction Vicinity Map
T37N
T36N
T35N
Black Butte Fuel Reduction
Othorp Lake Fuel Reduction
Rexford
Eureka
Eureka Ranger Station
Marias Mtn
Tobacco Plains
Sand Hill
Swisher Lake
Sophie Lake
Olsen Hill
Rexford Bench
Hoodoos
Clingback Mtn
Scalp Mtn
Black Butte
Othorp Lake
Phillips Lake
Pinkham Rail
Webb Mtn
Beartrap Mtn
Helmer Mtn
Virginia Hill
Cliff Pt
Arnolds Pond

# TERMS AND CONDITIONS (SERVICES)

**CLAUSES INCORPORATED BY REFERENCE**
**(FAR 52.252-2) (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same full force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: **www.arnet.gov/far**

I. Federal Acquisition Regulation (48 CFR Chapter I) Clauses

52.211-18 Variation in Estimated Quantity (APR 1984)
52.222-3 Convict Labor (JUN 2003)
52.222-21 Prohibition of Segregated Facilities (FEB 1999)
52.222-41 Service Contract Act of 1965, as Amended (MAY 1989)
52.223-5 Pollution Prevention and Right-to-Know Information (APR 1998)
52.223-6 Drug-Free Workplace (MAY 2001)
52.225-1 Buy American Act—Supplies (JUN 2003)
52.225-13 Restrictions on Certain Foreign Purchases (JUN 2003)
52.229-3 Federal, State and Local Taxes (JAN 1991)
52.232-1 Payments (APR 1984)
52.232-11 Extras (APR 1984)
52.232-23 Assignment of Claims (JAN 1986)
52.232-25 Prompt Payment (FEB 2002)
52.232-34 Payment by Electronic Funds Transfer-Other than Central Contractor Registration (MAY 1999)
52.233-1 Disputes (JUL 2002)
52.233-3 Protest after Award (AUG 1996)
52.242-14 Suspension of Work (APR 1984)
52.243-1 Changes–Fixed Price (AUG 1987) Alternate I (APR 1984)
52.244-6 Subcontracts for Commercial Items (APR 2003)
52.245-4 Government-Furnished Property (Short Form) (JUN 2003)
52.246-4 Inspection of Services–Fixed Price (AUG 1996)
52.249-1 Termination for Convenience of the Government (Fixed-Price) (Short Form) (APR 1984)
52.249-8 Default (Fixed-Price Supply and Service) (APR 1984)

**(The following clauses are applicable for acquisitions over $10,000.)**

52.222-26 Equal Opportunity (APR 2002)
52.222-35 Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998)
52.222-36 Affirmative Action for Workers with Disabilities (JUN 1998)
52.222-37 Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (JAN 1999)

**(The following clauses are applicable for acquisitions over $25,000.)**

52.209-6 Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (JUL 1995)

**STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (FAR 52.222-42) (MAY 1989)**

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR, Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY;
IT IS NOT A WAGE DETERMINATION

HOURLY COMPENSATION

| Employee Class | Monetary Wage-Fringe Benefits* |
|---|---|
| | $ |
| | $ |

***Fringe Benefits**:

Life, accident, and health insurance and sick leave programs, 5.1 percent of basic hourly rate.

Paid Holidays: 10 per year

| | |
|---|---|
| New Year's Day | Labor Day |
| Washington's Birthday | Columbus Day |
| Martin Luther King Birthday | Veterans Day |
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day |

Vacation: 13 days paid vacation per year up to 3 years of service, 20 days after 3 years of service, and 26 days after 15 years of service.

Retirement: Employees under Federal Employees Retirement System, 21-1/2%; Employees under Civil Service Retirement System, 8.45%.

**DISCOUNTS FOR PROMPT PAYMENT (FAR 52.232-8) (FEB 2002)**

(a) Discounts for prompt payment will not be considered in the evaluation of offers. However, any offered discount will form a part of the award, and will be taken if payment is made within the discount period indicated in the offer by the offeror. As an alternative to offering a discount for prompt payment in conjunction with the offer, offerors awarded contracts may include discounts for prompt payment on individual invoices.

(b) In connection with any discount offered for prompt payment, time shall be computed from the date of the invoice. If the Contractor has not placed a date on the invoice, the due date shall be calculated from the date the designated billing office receives a proper invoice, provided the agency annotates such invoice with the date of receipt at the time of receipt. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or, for an electronic funds transfer, the specified payment date. When the discount date falls on a Saturday, Sunday, or legal holiday when the Federal Government offices are closed and Government business is not expected to be conducted, payment may be made the following business day.

**MATERIAL AND WORKMANSHIP (FAR 52.236-5) (APR 1984)**

(a) All equipment, material, and articles incorporated into the work covered by this contract shall be new and of the most suitable grade for the purpose intended, unless otherwise specifically provided in this contract. References in the specifications to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of the Contracting Officer, is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the Contracting Officer the name of the manufacturer, the model number, and other information concerning the performance, capacity, nature, and rating of the machinery and mechanical and other equipment. When required by this contract or by the Contracting Officer, the Contractor shall also obtain

the Contracting Officer's approval of the material or articles which the Contractor contemplates incorporating into the work. When requesting approval, the Contractor shall provide full information concerning the material or articles. When directed to do so, the Contractor shall submit samples for approval at the Contractor's expense, with all shipping charges prepaid. Machinery, equipment, material, and articles that do not have the required approval shall be installed or used at the risk of subsequent rejection.

(c) All work under this contract shall be performed in a skillful and workmanlike manner. The Contracting Officer may require, in writing, that the Contractor remove from the work any employee the Contracting Officer deems incompetent, careless, or otherwise objectionable.

**SUPERINTENDENCE BY THE CONTRACTOR (FAR 52.236-6) (APR 1984)**

At all times during performance of this contract and until the work is completed and accepted, the Contractor shall directly superintend the work or assign and have on the work a competent superintendent who is satisfactory to the Contracting Officer and has authority to act for the Contractor.

**PERMITS AND RESPONSIBILITIES (FAR 52.236-7) (NOV 1991)**

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work. The Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

**ACCIDENT PREVENTION (FAR 52.236-13) (NOV 1991)**

(a) The Contractor shall provide and maintain work environments and procedures which will--

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract.

(b) For these purposes on contracts for construction on dismantling, demolition, or removal of improvements, the Contractor shall--

(1) Provide appropriate safety barricades, signs, and signal lights;

(2) Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3) Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken.

(c) If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d) Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e) The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

**FIRE CONTROL**

(a) **Contractor's Responsibility for Contractor Caused Fires**

The Contractor, whether or not directed by the Forest Service, shall immediately extinguish without expense to the Government, all fires on or in the vicinity of the project which are caused by Contractor's employees, whether set directly or indirectly as a result of Contractor operations. The Contractor may be held liable for all damages and costs of additional labor, subsistence, equipment, supplies, and transportation resulting from fires set or caused by the Contractor's employees or resulting from contract operations.

(b) **Other Fires**

For the purpose of fighting forest fires on or in the vicinity of the project which are not caused by the Contractor or his employees, the Contractor, when requested by the Contracting Officer, shall place his employees and equipment temporarily at the disposal of the Forest Service. Payment for such services will be made by the Government at not less than the current rate for fire-fighting services established by the Forest Service in the area concerned.

Any employees and equipment furnished will be relieved from fire fighting as soon as the Forest Service finds that it is practicable to employ other labor and equipment adequate for the protection of the area.

An equitable adjustment in contract time may be made for this period.

(c) **Fire Protection Requirements - Fire Plan**

During the fire season period, as specified by State law, the Contractor shall comply with each of the following provisions to the extent applicable to his operation under the contract.

(1) **Fire Tools**. The Contractor will provide for each employee in the contract area at least one approved hand tool of a type appropriate in the contract area, such as shovel, pulaski, or ax. Tools required and furnished under (2) and (4) below, shall count toward fulfillment of the above requirement. Where additional tools, beyond those required under (2) and (4) below, are to be provided, the Contractor shall seal such tools in one or more boxes painted red and marked "Tools for Fire Only." All tools required herein shall be kept sharp and in good serviceable condition and maintained at locations to be designated by the Forest Service.

(2) **Fire Extinguishers and Tools on Mobile or Stationary Equipment**. Each unit of powered equipment used in connection with this contract, including automobiles, trucks, tractors, etc., shall be equipped with serviceable tools and fire extinguishers as follows:

**One** - fire extinguisher, dry chemical type of not less than 2-1/2-pound capacity with 4 BC or higher rating.

**One** - shovel, round point #0 lady or equal.

**One** - ax, 2 pounds or over, 26-inch minimum length, or one pulaski.

**One** - water container (at least 1-gallon capacity), not required with stationary equipment.

(3) **Spark Arresters**. Each internal combustion engine shall be provided with a spark arrester or spark arresting device approved by the Forest Service. Exceptions where the Forest Service may approve mufflers, or other equipment in lieu of spark arresters qualified and rated under Forest Service Standard 5100-1a are: (a) small multiposition engines, such as chain saws, shall meet Society of Automotive Engineers J335b standards; (b) passenger-carrying vehicles and light trucks may have baffle-type mufflers with tail pipe; (c) heavy-duty trucks may have a vertical stack exhaust system and muffler, provided the exhaust stack extends above the cab of the vehicle. An exhaust-driven turbocharger is considered to be a satisfactory spark arrester.

Internal combustion engine exhaust systems, arresters, and other devices must be properly installed and maintained.

(4) **Powersaws**. For each powersaw used in connection with this contract, the following will be provided:

**One** - shovel, round point #0 lady or equal. Shovel must be immediately available for use.

**One** - Fire extinguisher, containing not less than 8 ounces of extinguisher fluid, or a dry chemical powder-type of not less than 1-pound capacity. The extinguisher must be immediately accessible to the saw operator all times.

Any fueling or refueling of a powersaw shall only be done in an area which has first been cleared or is free of all material capable of carrying fire; powersaw shall be moved at least 10 feet from place of fueling before starting.

(5) **Blasting**. Fuse or prima cord shall not be used unless authorized in writing by the Contracting Officer with special precautions stated.

(6) **Smoking**. Smoking shall not be permitted within the contract area except on surfaced or dirt roads, at landings, within closed vehicles, in camps, or at other posted places, and shall never be allowed while working or traveling on foot.

(7) **Storage of Petroleum and Other Highly Flammable Products**. Gasoline, oil, grease, or other highly flammable material will be stored either in a separate building used exclusively for such storage, or at a site where all combustible debris and vegetation is cleared away within a radius of 25 feet. Fire extinguishers and/or sand barrels may be required at such locations specified by the Forest Service when unusually hazardous conditions exist.

(8) **Debris Burning and Warming Fires**. Burning permits will be required for all debris burning fires. Lunch and warming fires may be allowed in fireproofed areas during periods of low fire danger if and as specified in the fire plan. Such fires must not be left burning unattended.

(9) **Precautions for Stoves**. Stovepipes on all temporary buildings, trailers, and tents using wood burning stoves, will be equipped with roof jacks and serviceable spark arresters of mesh with openings no larger than 5/8 inch. All stovepipes, inside and out, will not be closer than 2 feet from any wood or other flammable material or 1 foot if the combustible material is protected by a metal or asbestos shield.

(10) **Welding**. Welding or use of cutting torches will be permitted only in areas that have been cleared or are free of all material capable of carrying fire. Flammable debris and vegetation must be removed from within a minimum of 10 feet radius of all welding and cutting torch operations. A shovel and a 5-gallon standard backpack water container (filled) with hand pump attached, shall be immediately available for use in the event of a fire start.

(11) **Fire Plan**. Prior to initiating work on the contract area, during the closed fire season period, a fire prevention and suppression plan will usually be prepared. The Contractor and the Forest Service will jointly prepare this plan. Such plan shall include a detailed list of men and equipment at the Contractor's disposal for implementing the plan. The fire plan shall also specify additional measures and/or special requirements, such as Hoot Owl restrictions, necessary during periods of critical fire weather conditions. When Hoot Owl restrictions are invoked, the Forest Service may curtail or shut down all or portions of a Contractor's operations. The following requirements may be imposed:

a. All high fire risk operations could be terminated at 1300 local time.

b. All burning could be stopped, including debris burning fires.

c. Patrolman may be required for a period of 2 hours after high fire-risk operations and 1 hour after end of work shift. The Contractor shall provide the patrolman unless the contract is for equipment rental, in which case the Government will provide the patrolman.

**USE OF PREMISES (AGAR 452.236-72) (NOV 1996)**

(a) Before any camp, quarry, borrow pit, storage, detour, or bypass site, other than shown on the drawings, is opened or operated on USDA lands or lands administered by the USDA, the Contractor shall obtain written permission from the Contracting Officer. A camp is interpreted to include a campsite or trailer parking area of any employee working on the project for the Contractor.

(b) Unless excepted elsewhere in the contract, the Contractor shall (i) provide and maintain sanitation facilities for the work force at the site and (ii) dispose of solid waste in accordance with applicable Federal, State and local regulations.

**SITE VISIT (FAR 52.237-1) (APR 1984)**

Offerors or quoters are urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after contract award.

**PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (FAR 52.237-2) (APR 1984)**

The Contractor shall use reasonable care to avoid damaging existing buildings, equipment, and vegetation on the Government installation. If the Contractor's failure to use reasonable care causes damage to any of this property, the Contractor shall replace or repair the damage at no expense to the Government as the Contracting Officer directs. If the Contractor fails or refuses to make such repair or replacement, the Contractor shall be liable for the cost, which may be deducted from the contract price.

**ARCHAEOLOGICAL OR HISTORIC SITES**
**(AGAR 452.236-73) (FEB 1988)**

If a previously unidentified archaeological or historic site(s) is encountered, the Contractor shall discontinue work in the general area of the site(s) and notify the Contracting Officer immediately.

**SERVICE CONTRACT ACT REQUIREMENTS**

The Department of Labor has issued a Wage Determination applicable to this contract. Each service employee employed in the performance of this contract by the contractor or any subcontractor shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits as specified in the attached determination.

Any class of service employee which is not listed but will be employed under the contract shall be classified by the employer prior to performance of contract work by the employee so as to provide a reasonable relationship to the classifications listed in the Wage Determination.

**ATTACHMENTS TO TERMS AND CONDITIONS**

The attachments listed below are hereby made part of this solicitation and any resultant contract:

1.

**EMPLOYMENT OF ELIGIBLE WORKERS (FSAR 4G52.222-701) (DEC 1999)**

Section 274A of the Immigration and Nationality Act (8 USC 1324a) makes it unlawful for an employer to hire unauthorized aliens. The Immigration and Naturalization Service (INS) has established the Form I-9, Employment Eligibility Verification Form, as the document to be used for employment eligibility verification (see 8 CFR 274a).

The contractor is required to 1) have all employees complete and sign the I-9 Form to certify that they are eligible for employment; 2) examine documents presented by the employee and ensure the documents appear to be genuine and related to the individual; 3) record information about the documents on the form, and complete the certification portion of the form; 4) retain the form for three years, or one year past the end of employment of the individual, whichever is longer.

It is illegal to discriminate against any individual (other than a citizen of another country who is not authorized to work in the U.S.) in hiring, discharging, or recruiting because of that individual's national origin or citizenship status.

Compliance with Section 274A of the Immigration and Nationality Act (8 USC 1324a) is a material condition of the contract. If the contractor employs unauthorized workers during contract performance in violation of section 274A, the Government may terminate the contract, in addition to other remedies or penalties prescribed by law.

For further information on the requirements of the Act, contractors should contact the Employer and Labor Relations Officer of their local INS office.

**LABOR STANDARDS FOR CONTRACTS INVOLVING MIGRANT AND SEASONAL AGRICULTURAL WORKERS (FSAR 4G52.222-702) (DEC 1999)**

(a) **General**. This contract is subject to the Migrant and Seasonal Agricultural Workers Protection Act (MSPA) (29 USC 1801-1872) and to Department of Labor regulations implementing MSPA (see 29 CFR 500). The purpose of MSPA is to eliminate activities that are detrimental to migrant and seasonal agricultural workers, to require registration of farm labor contractors, and to assure necessary protections for the workers. In addition to traditional farm labor activities, the Act applies to predominately manual forestry work including, but not limited to, tree planting, release, precommercial thinning, and site preparation and wildland firefighting.

(b) **Definitions**

"Migrant Agricultural Worker" and "Seasonal Agricultural Worker", as used in this clause, mean individuals employed in agricultural (including forestry) work on a seasonal or temporary basis. A worker who moves from one seasonal activity to another is employed on a seasonal basis even though he or she may continue to be employed during a major portion of the year. Migrant workers are required to be absent overnight from their permanent place of residence. Seasonal workers are not required to be absent overnight from their permanent place of residence. Members of the contractor's immediate family are not considered to be either

migrant or seasonal workers. "Immediate family" includes only 1) spouse; 2) children, stepchildren, or foster children; 3) parents, stepparents, or foster parents; and 4) brothers and sisters.

"Farm Labor Contractor", as used in this clause, means an individual who, for any money or other valuable consideration, paid or promised to be paid, performs any recruiting, soliciting, hiring, employing, furnishing, or transporting of any migrant or seasonal agricultural worker.

(c) **Registration Requirement**. Any contractor who provides or hires migrant or seasonal workers to perform agricultural or manual forestry work shall first obtain a Certificate of Registration from the Department of Labor or an authorized State agency. The contractor shall carry the Certificate at all times while engaged in contract performance, and shall display it upon request. Any of the contractor's employees who also perform any one or more of the farm labor contractor activities defined above must have their own Farm Labor Contractor Employee Certificate.

(d) **Worker Protections**. The contractor shall comply with the following protections and standards related to wage disclosure, recordkeeping, vehicle safety, and housing:

(1) The contractor shall display and maintain at the place of employment the MSPA poster provided by the Department of Labor.

(2) **Wage and Payroll Standards**

(i) The contractor shall disclose in writing to each worker in a language common to the worker the full terms of their employment, including workers compensation information, at the time they are recruited or hired. The Department of Labor provides an optional form WH-516 for contractor's use in disclosure.

(ii) The contractor must keep the following payroll records for each employee: name, address, social security number, basis for wages (i.e., per hour, per tree, per acre), number of units earned if paid on a per unit basis, hours worked, total pay, withholdings and purpose for each, and net pay. Payroll records shall be retained for three years.

(iii) Payments must be made no less frequently than every two weeks or semi-monthly. At the time of each payment, the contractor shall provide to the employee a written itemization of the information listed above and which shall include the employer's tax identification number.

(iv) If paid on a piece rate basis, the employee's wage must be at least equivalent to the required hourly wage for the hours worked, including overtime differential for time in excess of 40 hours per week.

(3) **Motor Vehicle Safety**

(i) The contractor must be registered to transport employees, unless employees provide their own transportation or carpool by their own arrangement in one of their own vehicles. The authorization to transport employees must appear on the contractor's certificate. If the contractor directs or requests employees to carpool, the registration requirement is still applicable. Any driver who transports workers for a fee or at the direction of the contractor must be registered as a farm labor contractor or a farm labor contractor employee.

(ii) Any vehicle under the ownership or control of the contractor shall comply with safety standards applicable to that vehicle. Generally passenger vehicles or station wagons must comply with Department of Labor regulations at 29 CFR 500.104. Vehicles other than passenger vehicles or station wagons which are driven more than 75 miles must comply with Department of Transportation Regulations at 29 CFR 500.105. All drivers must have a current, valid State drivers license.

(iii) Each vehicle under the ownership or control of the contractor which is used to transport any migrant or seasonal agricultural worker shall be covered by vehicle insurance of $100,000 per seat (maximum $5,000,000). A workers compensation policy which covers the workers while being transported plus an additional property damage policy for $50,000 for loss or damage in any one accident to the property of others may be substituted for the vehicle insurance requirement.

(4) **Housing**

(i) The contractor shall house workers only in a commercial establishment or a facility that has been certified by a health authority or other appropriate agency. The contractor must post the certificate of occupancy at the housing site.

(ii) The authorization to furnish housing, other than commercial lodging, must appear on the contractor's certificate.

(e) For further information on the requirements of the Act, contractors should contact their local Wage and Hour Division of the Department of Labor.

**MIGRANT AND SEASONAL AGRICULTURAL WORKER PROTECTION ACT REGISTRATION (FSAR 4G52.222-703) (DEC 1999)**

The Migrant and Seasonal Agricultural Worker Protection Act (MSPA)(29 USC 1801-1872) and implementing regulations issued by the Department of Labor (29 CFR 500), require any employer who hires or anticipates hiring employees subject to MSPA to obtain an MSPA registration number.

If the contractor employs or anticipates hiring employees subject to MSPA, the contractor shall provide a valid U.S. Department of Labor MSPA Registration Number to the Contracting Officer within 30 days after notification of award of the contract.

The Government may demand that the contractor display MSPA registration at any time during contract performance if it appears that the contractor is employing workers subject to MSPA. On demand, the contractor shall display its MSPA registration or state why it is exempt from MSPA.

Compliance with MSPA is a material condition of the contract. If the contractor fails to provide a valid MSPA number in accordance with this clause, or falsely states that it is exempt from the MSPA, the Government may terminate the contract, in addition to other remedies or penalties prescribed by law.