IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUBERT BASFORD,<br>ROXANNE BASFORD, and<br>BEAR MOUNTAIN<br>CONTRACTING | ) | |
| Plaintiffs, | ) | No. 05-781C<br>(Judge Baskir) |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 23 days to file our response to the complaint filed in this matter. Defendant had previously filed a motion for an enlargement of time which was rendered moot by the Court's order of September 23, 2004. Plaintiffs' counsel has indicated that plaintiffs do not oppose our request for a 23-day enlargement of time.

Plaintiffs filed their First Amended Complaint on October 6, 2005 and, according to the Court's ECF/ECM system, the defendant's response or answer would be due on October 24, 2005. Thus, the requested 23-day enlargement would extend the defendant's filing date to November 16, 2005.

The requested enlargement is necessary to provide additional time for the agency to complete and forward to defendant’s counsel a litigation report, pursuant to 28 U.S.C. § 520, addressing the substance of plaintiffs’ complaint. Agency counsel and contracting personnel have been preparing that report but need additional time to both complete their efforts and to address the new allegations and legal theories advanced in plaintiffs’ first amended complaint. Consequently, defendant's counsel is currently unable to fully familiarize himself with this matter sufficiently to prepare the Government's response.

Additionally, defendant’s counsel will be out of the office on previously-scheduled leave from November 3 until November 9, and will be unable to complete or file an answer during that period.

This requested enlargement of time should provide sufficient time for: (1) agency personnel to complete and forward the litigation report and draft response to the complaint; (2) defendant’s counsel to familiarize himself with the merits of the case; and (3) defendant to file an appropriate response or answer.

Additionally, mindful of this Court’s admonition against belated motions to enlarge, see Special Procedures Order, para. 7., filed August

15, 2005, defendant's counsel notes that he filed this motion at the earliest reasonable opportunity. Once plaintiffs filed their amended complaint on October 6, it took defendant's counsel several to coordinate fully with agency counsel and contracting personnel concerning the status of their efforts regarding the litigation report.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 23-day enlargement of time and extend the filing date for Defendant's response or answer until November 16, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

<u>s/ David M. Cohen</u>
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Jennifer Newbold
Office of Counsel
Department of Agriculture

October 20, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 20, 2005, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE