# In the United States Court of Federal Claims

Case No. 05-781C
(Filed: October 21, 2005)

*****************************************************
HUBERT BASFORD, *
ROXANNE BASFORD, AND *
BEAR MOUNTAIN CONTRACTING, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion for an Enlargement of Time** (23 days) **until November 16, 2005, to file an Answer to the Plaintiff's First Amended Complaint** is hereby **GRANTED.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge