IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUBERT BASFORD,<br>ROXANNE BASFORD, and<br>BEAR MOUNTAIN<br>CONTRACTING | ) | |
| Plaintiffs, | ) | No. 05-781C<br>(Judge Baskir) |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**JOINT MOTION**
**FOR AN ENLARGEMENT OF TIME**

Defendant, on behalf of both parties, respectfully requests an enlargement of time of 8 days, until January 17, to file our Joint Preliminary Status Report ("JPSR"). The JPSR is currently due on January 9, 2006 and this is our first request for an enlargement of time for this purpose.

The parties have been discussing the JPSR, have exchanged drafts, and were planning on filing the JPSR on January 9. Coincidentally, defendant's counsel was provisionally planning on traveling to Missoula, Montana to interview agency witnesses and review documents related to this case during the period January 9 through 11. Defendant's counsel has finalized his travel plans and his schedule is such that he may have the

opportunity to meet plaintiffs' counsel in person, who also resides in Missoula. Counsel believe that such a meeting will facilitate the parties' discussion and completion of the JPSR.

Additionally, we apologize to the Court for any inconvenience that might be caused by the arguably belated filing of this motion. See Special Procedures Order, para. 7., filed August 15, 2005. However, defendant's travel plans were finalized just today and, thus, we filed this motion immediately.

Plaintiffs' counsel has reviewed this motion and agrees with its contents.

For these reasons, the parties requests that the Court grant a unopposed motion for an 8 day enlargement of time and extend the filing date for JPSR until January 17, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Jennifer Newbold
Office of Counsel
Department of Agriculture

January 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 6, 2005, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE