# In the United States Court of Federal Claims

Case No. 05-781C
(Filed: January 12, 2006)

| | |
|---|---|
| HUBERT BASFORD, | * |
| ROXANNE BASFORD, AND | * |
| BEAR MOUNTAIN CONTRACTING, | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |

## ORDER

Defendant's unopposed **Motion for an Enlargement of Time** (8 days), **until January 17, 2006, to file the Joint Preliminary Status Report** is hereby **GRANTED.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge