IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUBERT BASFORD,<br>ROXANNE BASFORD, and<br>BEAR MOUNTAIN<br>CONTRACTING<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-781C<br>(Judge Baskir) |

**JOINT MOTION**
**TO SCHEDULE CONFERENCE REGARDING ADR**

As the parties indicated in their JPSR, filed on January 17, 2006, the parties have agreed to engage in an Alternative Dispute Resolution process to explore the possibility of settling this litigation. To that end, we jointly request a conference call with the assigned ADR judge (Judge Bruggink) to establish a schedule and the procedures to conduct this ADR effort. The parties respectfully request the conference call with the ADR judge be held within the next three weeks, assuming the ADR judge's schedule permits.

The parties have agreed to complete the exchange of core documents and initial disclosures pursuant to RCFC 26 before conducting

any ADR discussions. The parties were hopeful that the ADR discussions themselves could be conducted sometime in the period of mid-March through April 2006, assuming the ADR judge's schedule permits. In the event that the ADR discussions do not result in a settlement, the parties would then resume full discovery and litigation of this case in accordance with the schedule proposed in our JPSR.

In addition to filing of this motion, the parties will provide a copy of this motion, the complaint, answer, and JPSR to the assigned ADR judge.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0315

Attorneys for Defendant

Of Counsel:
JENNIFER NEWBOLD
Office of General Counsel
United States Department of Agriculture
Missoula, Montana

s/Quentin M. Rhoades
Quentin M. Rhoades
Sullivan, Tabaracci & Rhoades, P.C.
1821 South Ave. W.- 3rd Floor
Missoula, Montana 59801
(406) 721-9700 telephone
(406) 721-5838 facsimile

Attorneys for Plaintiffs

February 8, 2006

CERTIFICATE OF FILING

I hereby certify that on February 8, 2006, a copy of the foregoing "JOINT MOTION TO SCHEDULE CONFERENCE REGARDING ADR" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE