# In the United States Court of Federal Claims

No. 05-781C ADR Pilot
(Filed: February 22, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *
HUBERT BASFORD, ROXANNE BASFORD, and BEAR MOUNTAIN CONTRACTING,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the scheduling conference held this date, the following is ORDERED:

Plaintiffs will submit their ADR memorandum to the ADR judge and to defendant on or before March 13, 2006. Prior to that time, the parties will attempt to agree on a joint appendix. On or before March 29, 2006, defendant will submit to the ADR judge and to plaintiffs its response memorandum. The parties' memoranda shall not exceed 20 pages of text. The memoranda may be accompanied by a separate confidential memorandum to be seen only by the ADR judge. Should the parties wish to convert their briefs to Adobe PDF and e-mail them to chambers, they may do so at the following address: Mary_Bays@ao.uscourts.gov An ADR status conference will be conducted telephonically on Thursday, April 20, 2006, 10:30 a.m. EST (8:30 Mountain). The call will be initiated from chambers.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lawrence M. Baskir