IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Hubert Basford,<br>Roxanne Basford and<br>Bear Mountain Contracting | ) | |
| Plaintiffs, | ) | No. 05-781C<br>(Judge Baskir)<br>ADR Judge Bruggink |
| v. | ) | |
| The United States, | ) | |
| Defendant. | ) | |

MOTION FOR CHANGE OF COUNSEL

COME NOW, Plaintiffs, Hubert Basford, Roxanne Basford and Bear Mountain Contracting (herein "Bear Mountain"), by and through their counsel of record, SULLIVAN, TABARACCI & RHOADES, P.C., 1821 South Avenue West, Third Floor, Missoula, Montana 59801, and move the Court for leave to change their lead counsel, pursuant to Rule 83.1, RCFC, to designate Andrew W. Pierce of SULLIVAN, TABARACCI & RHOADES, P.C., as lead counsel of record in this matter. In conjunction with this Motion, Attorney Quentin M. Rhoades will hereafter be "of counsel" in this matter.

Both Quentin M. Rhoades and Andrew W. Pierce take part in and consent to this Motion and request the Clerk to accomplish such substitution by an appropriate entry on the docket. This Motion is

accompanied by an affidavit of appointment executed by Andrew W. Pierce as newly appointed attorney of record, pursuant to Rule 83.1(c)(4), RCFC.

DATED this 17th day of April, 2006.

Respectfully submitted,
SULLIVAN, TABARACCI & RHOADES, P.C.

By: /s/Quentin M. Rhoades
Quentin M. Rhoades
Former lead counsel for Plaintiffs

DATED this 17th day of April, 2006.

Respectfully submitted,
SULLIVAN, TABARACCI & RHOADES, P.C.

By: /s/Andrew W. Pierce
Andrew W. Pierce
Lead Counsel for Plaintiffs