IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Hubert Basford,<br>Roxanne Basford and<br>Bear Mountain Contracting<br><br>Plaintiffs,<br><br>v.<br><br>The United States,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-781C<br>(Judge Baskir)<br>ADR Judge Bruggink |

AFFIDAVIT OF APPOINTMENT OF COUNSEL

STATE OF MONTANA )
: ss
County of Missoula )

I, Andrew W. Pierce, having been duly sworn, state as follows:

1. I am over 18 years old and a resident of the State of Montana. The matters set forth in this Affidavit are based upon my personal knowledge or records kept in the ordinary course of business unless otherwise stated. If called upon to do so, I am prepared to testify under oath before any court of relevant jurisdiction as to the facts set forth in this Affidavit.

2. I am an attorney with Sullivan, Tabaracci & Rhoades, P.C., and I am admitted to practice before this Court.

3. On April 17, 2006, Plaintiffs, Hubert Basford, Roxanne Basford and Bear Mountain Contracting (herein "Bear Mountain"), authorized me to be designated as their attorney of record in this matter and to designate their current attorney of record, Quentin M. Rhoades as "of counsel" in this matter.

FURTHER AFFIANT SAYETH NOT.

DATED this 17 day of April, 2006.

______________________________
Andrew W. Pierce

STATE OF MONTANA )
: ss
County of Missoula )

This instrument was acknowledged before me on this 17th day of April, 2006, by Andrew W. Pierce.

JONI RIDENOUR BUSH NOTARIAL SEAL STATE OF MONTANA
JONI RIDENOUR BUSH
NOTARY PUBLIC-MONTANA
Residing at Bonner, MT
My Comm. Expires 1-11-2010

(NOTARIAL SEAL)

Notary Public for State of Montana
______________________________
Printed Name: Joni Ridenour Bush
Residing at: Bonner MT
My commission expires: 1-11-2010