IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Hubert Basford,
Roxanne Basford, and
Bear Mountain Contracting,

Plaintiffs,

v.

The United States,

Defendant.

No. 05-781C
(Judge Baskir)

JOINT STIPULATION FOR ENTRY OF JUDGMENT

For the purpose of disposing of plaintiff's claims, without any further judicial proceedings, and without there being any trial on the merits or adjudication of any issue of fact or law, and without constituting an admission of liability on the part of either party, and for no other purpose, the parties stipulate and agree as follows:

1. Plaintiff, Bear Mountain Contracting , was awarded Contract No. 43-03J1-3-008 ("the contract") by the United States Forest Service on October 14, 2003. The firm fixed-price contract, in the amount of $33,025, was for selective tree thinning and fuels reduction in the Kootenai National Forest in northwestern Montana. The term "plaintiffs" as used in this Stipulation refers to Bear Mountain Contracting as well as Hubert Basford

and Roxanne Basford, the owners of Bear Mountain Contracting.

2. A dispute between the parties arose over salvage rights and plaintiffs' performance under the contract. On July 26, 2004, the contracting officer terminated the plaintiffs' right to proceed under the contract for default.

3. On July 25, 2005, plaintiff filed a complaint in the United States Court of Federal Claims (Fed Cl. No. 05-781C), and filed a First Amended Complaint on October 6, 2005.

4. The plaintiffs generally assert that the Government improperly modified the contract by the deleting certain salvage rights and that the contract termination for default was wrongful. See First Amended Complaint, dated October 3, 2005.

5. Defendant filed an answer to plaintiffs' First Amended Complaint on November 16, 2005, and asserted in a Joint Preliminary Status Report, filed January 17, 2006, its intention to pursue a claim for excess reprocurement costs against plaintiffs .

6. The parties conducted an Alternative Dispute Resolution process during the period of February 8, 2006 to April 20, 2006. Plaintiff has offered to settle each and all of its claims in exchange for payment by the United States of $3,100, inclusive of interest, with each party to bear its

own costs, expenses, and attorney fees and for a conversion of the contract termination from one of default to a termination for convenience.

7. Plaintiff's offer has been accepted upon behalf of the Attorney General.

8. The parties will accomplish the conversion of the contract termination, from default to convenience, by means of a bi-lateral modification of the contract. The United States consents to entry of judgment against the United States in the amount of $3,100, inclusive of interest, with each party to bear its own costs, expenses, and attorney fees.

9. Upon entry of judgment, plaintiff releases, waives, and abandons all claims identified in paragraph nos. 3 and 4 above, and any and all other claims and/or potential claims against the United States, its political subdivisions, its officers, agents, and employees, arising out of or relating to the contract that is the subject matter of this case, regardless of whether the claims were included in the complaint, or whether they were presented to the contracting officer, including, but not limited to, all claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

10. Upon entry of judgment, the United States releases, waives,

and abandons the claim referenced in paragraph no. 5 above, and all other claims against plaintiff and its shareholders, officers, agents, employees, successors, and assigns, arising out of or relating to the contract that is the subject matter of this case, regardless of whether they were asserted in this case, except for claims based upon fraud, including, but not limited to, all claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

11. This stipulation is in no way related to or concerned with income or other taxes for which plaintiff is now liable or may become liable in the future as a result of this stipulation or as a result of entry of a final judgment.

12. Plaintiff warrants and represents that no other action or suit with respect to the claims advanced in this suit or the contract at issue in this case are pending or will be filed in or submitted to any other court, administrative agency, or legislative body. Plaintiff further warrants and represents that it has made no assignment or transfer of all or any part of its rights arising out of or relating to the claims advanced or the contract at issue in this suit. Should there be now or in the future any violation of these warranties and representations, any amount paid by the United States pursuant to this stipulation or pursuant to any judgment entered

pursuant to this stipulation shall be refunded promptly by plaintiff, together with interest thereon at the rates provided in 41 U.S.C. § 611, computed from the date the United States makes such payment.

13. This stipulation, consisting of 6 pages including signatures, is for the purposes of settling all claims before this Court, permitting entry of final judgment, and for no other purpose. Accordingly, this stipulation shall not bind the parties, nor shall it be cited or otherwise referred to, in any proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as is necessary to effect the terms of this stipulation.

14. Andrew Pierce of Sullivan, Tabarraci, & Rhoades represents that he has been and is authorized to enter into this stipulation upon behalf of plaintiffs.

Respectfully submitted,

FOR DEFENDANT:

PETER D. KEILSER
Assistant Attorney General
DAVID M. COHEN David M. Cohen (BGS)
Director

Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch

Of Counsel:
JENNIFER NEWBOLD
Office of General Counsel
United States Department

of Agriculture
Missoula, Montana

Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0315

Authorized Representative of the Attorney General

~~April~~ May 7, 2006

Attorneys for Defendant

FOR PLAINTIFFS:

Of Counsel:
Quentin M. Rhoades
Sullivan, Tabaracci & Rhoades, P.C.

ANDREW W. PIERCE
Sullivan, Tabaracci & Rhoades, P.C.
1821 South Ave. W.- 3rd Floor
Missoula, Montana 59801
(406) 721-9100 telephone
(406) 721-5838 facsimile

April 27, 2006

Attorney for Plaintiffs