# In the United States Court of Federal Claims

Case No. 05-781C
(Filed: May 15, 2006)

****************************************************
HUBERT BASFORD, *
ROXANNE BASFORD, AND *
BEAR MOUNTAIN CONTRACTING, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## STIPULATION FOR ENTRY OF JUDGMENT ORDER

In accordance with the parties' Joint Stipulation for Entry of Judgment filed May 11, 2006, the Clerk of the Court is directed to enter judgment in this case as follows:

The Defendant is ordered to pay the Plaintiffs the sum of $3,100, inclusive of interest, with each party to bear its own costs, expenses and attorney fees.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge