# In the United States Court of Federal Claims

**No. 05-781 C**

**HUBERT BASFORD, ROXANNE BASFORD, and BEAR MOUNTAIN CONTRACTING**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed May 11, 2006, and the judge's Order directing entry of judgment, filed May 15, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $3,100.00, inclusive of interest, with each party to bear its own costs, expenses and attorney fees.

[For the purpose of 41 U.S.C. §612(c), the applicable agency is the Department of Agriculture, on behalf of the U.S. Forest Service, Kootenai National Forest; Contract No. 43-03J1-3-008.]

Brian Bishop
Clerk of Court

June 5, 2006 By: s/ Debra L. Samler

Deputy Clerk