United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 23, 2006

Quentin M. Rhoades
Sullivan, Tabaracci & Rhoades, P.C.
1821 South Avenue
Missoula, MT 59801

In re: Basford et al. v. United States, No. ~~04-1815 C~~ 05 781 C

Dear Mr. Rhoades:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated June 23, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Mark Busby
Senior Docket Clerk

Enclosures
cc: Bryant Gregory Snee, Esq.